# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Pearson Education, Inc. and McGraw-Hill Global Education Holdings, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> C & N Logistics, Inc., Russell Todd White, and Shawn Chadwell, <br><br> Defendants. | Case No. 3:18-cv-00438 <br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Barbara D. Holmes <br><br><br><br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

Defendants C & N Logistics, Inc. and Russell Todd White ("Defendants") hereby move for an extension of time to answer or otherwise respond the complaint against them until June 27, 2018. Defendants' cause for this request is that they retained the undersigned counsel on June 6, 2018, and need additional time to prepare a response to the Complaint. Defendants' motion is unopposed by Plaintiffs Pearson Education, Inc. and McGraw-Hill Global Education Holdings, LLC ("Plaintiffs").

Respectfully submitted,

/s/ Ryan D. Levy
John F. Triggs (BPR 26718)
Ryan D. Levy (BPR 24568)
Scott M. Douglass (BPR 31097)
Patterson Intellectual Property Law, P.C.

1

1600 Division Street, Suite 500
Nashville, TN 37203
(615) 242-2400
jft@iplawgroup.com
rdl@iplawgroup.com
smd@iplawgroup.com

*Attorneys for Defendants C & N Logistics, Inc. and Russell Todd White.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER was served, in accordance with LR 5.03(b) of the Local Rules of this Court, via the Court's CM/ECF system on June 7, 2018, upon counsel for all parties including:

John J. Griffin, Jr.
Michael A. Johnson
KAY GRIFFIN, PLLC
222 Second Avenue North, Suite 340M
Nashville, TN 37201
john.griffin@kaygriffin.com
mjohnson@kaygriffin.com

Matthew J. Oppenheim
Michele H. Murphy
OPPENHEIM & ZEBRAK, LLP
5225 Wisconsin Ave, NW, Suite 503
Washington, DC 20015
matt@oandzlaw.com
michele@oandzlaw.com

*Attorneys for Plaintiffs Pearson Education, Inc. and McGraw-Hill Global Education Holdings, LLC.*

/s/ Ryan D. Levy
Ryan D. Levy