# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **Pearson Education, Inc. and** | ) | Case No. 3:18-cv-00438 |
| **McGraw-Hill Global Education** | ) | Judge Waverly D. Crenshaw, Jr. |
| **Holdings, LLC,** | ) | Magistrate Judge Barbara D. Holmes |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **C & N Logistics, Inc.,** | ) | |
| **Russell Todd White, and** | ) | |
| **Shawn Chadwell,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

Defendants C & N Logistics, Inc. and Russell Todd White ("Defendants") hereby move for an extension of time to answer or otherwise respond the complaint against them until June 27, 2018. Defendants' cause for this request is that they retained the undersigned counsel on June 6, 2018, and need additional time to prepare a response to the Complaint. Defendants' motion is unopposed by Plaintiffs Pearson Education, Inc. and McGraw-Hill Global Education Holdings, LLC ("Plaintiffs").

Respectfully submitted,

/s/ Ryan D. Levy
John F. Triggs (BPR 26718)
Ryan D. Levy (BPR 24568)
Scott M. Douglass (BPR 31097)
Patterson Intellectual Property Law, P.C.

1