**Exhibit A**

| ISBN | Publisher | Title | Edition | Author | Copyright Registration | Copyright Date |
|---|---|---|---|---|---|---|
| 9781259420474 | MCGRAW-HILL | Strategic Management | 3 | Rothaermel | TX 8-354-985 | 12/12/16 |
| 9780132850636 | PEARSON | Assessment Procedures for Counselors and Helping Professionals | 8 | Drummond | TX 8-125-850 | 6/25/15 |
| 9780133753820 | PEARSON | Communication: Principles for a Lifetime | 6 | Beebe | TX 8-144-299 | 8/4/15 |
| 9780134060354 | PEARSON | Curriculum: Foundations, Principles, and Issues | 7 | Ornstein | TX 8-425-354 | 7/7/17 |
| 9780134205588 | PEARSON | Essentials of Sociology | 12 | Henslin | TX 8-232-933 | 2/16/16 |
| 9780134083285 | PEARSON | Foundations of Finance | 9 | Keown | TX 8-389-129 | 3/2/17 |
| 9780133905205 | PEARSON | Groups: A Counseling Specialty | 7 | Gladding | TX 8-125-765 | 7/10/15 |
| 9780134149530 | PEARSON | Maketing: An Introduction | 13 | Armstrong | TX 8-398-692 | 4/17/17 |
| 9780134103983 | PEARSON | Organizational Behavior | 17 | Robbins | TX 8-258-549 | 2/1616 |
| 9780133753981 | PEARSON | Public Speaking Handbook | 5 | Beebe | TX 8-144-793 | 8/4/15 |
| 9780134206325 | PEARSON | Society: The Basics | 14 | Macionis | TX 8-242-358 | 3/4/16 |
| 9780134205571 | PEARSON | Sociology: A Down-to-Earth Approach | 13 | Henslin | TX 8-232-978 | 2/1616 |
| 9780133884869 | PEARSON | Supervision Today! | 8 | Robbins | TX 8-066-933 | 4/16/15 |
| 9780133905410 | PEARSON | The School and Community Relations | 11 | Moore | TX 8-033-253 | 2/9/15 |